UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al., | : |
| Plaintiffs, | : |
| vs. | : |
| | : Case No. 2:11-CV-875 |
| BCS Contractors, Inc., | : Judge Marbley |
| | : Magistrate Judge Kemp |
| Defendant. | : |

## ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant BCS Contractors, Inc. has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from BCS Contractors, Inc. the sum of Seventy-Seven Thousand Two Hundred Seventy-Four Dollars and Ninety-Six Cents ($77,274.96), including unpaid fringe benefit contributions through August, 2011, and prejudgment interest and liquidated damages, plus attorneys' fees of One Thousand Seven Hundred Twenty-Five Dollars and No Cents ($1,725.00), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

IT IS SO ORDERED.

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Court Judge

DATED: May 2, 2012